# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BOBBY LEE ROBERTSON,**
ADC #121746                                                                                          **PLAINTIFF**

v.                                  Case No. 4:20-cv-1171-KGB-ERE

**DEXTER PAYNE,** *et al.*                                                                                **DEFENDANTS**

## ORDER

Before the Court is a Partial Recommended Disposition filed by United States Magistrate Judge Edie R. Ervin regarding plaintiff Bobby Lee Robertson's motion for preliminary injunctive relief (Dkt. No. 92). Mr. Robertson filed an objection (Dkt. No. 93). After careful consideration, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 92).

The Court writes to address Mr. Robertson's objections, to which he submits numerous exhibits (Dkt. No. 93). Upon a *de novo* review of the record, including the Partial Recommended Disposition, the Court finds that Mr. Robertson's objections break no new ground and fail to rebut the Partial Recommended Disposition.

The Court adopts the Partial Recommended Disposition (Dkt. No. 92). Accordingly, Mr. Robertson's motion for preliminary injunction or protective order is denied (Dkt. No. 90). The Court certifies pursuant to 28 U.S.C. § 1915(a) that an *in forma pauperis* appeal taken from this Order would not be taken in good faith.

It is so ordered this 23rd day of March, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge